AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Kevin Vernon Robinson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   5:20-cv-2974-SAL |
| Director Bryan Stirling, Dr. April Clark, Medical Director and Warden Terrie Wallace | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Judgment by the Clerk:  Governor McMaster is dismissed as a party to this action with prejudice, and final judgement is issued in favor of Governor McMaster. The remaining defendants, April Clark, Bryan Stirling and Terrie Wallace are dismissed without prejudice, and this case is closed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge.

Date:   July 28, 2021

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*